UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN EVERETT MONROE,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 20-cv-07295-SK<br><br>**ORDER REGARDING STANDING** |

In his motion for summary judgment, Plaintiff makes a constitutional challenge to the administrative proceedings. It is not clear whether the parties have squarely addressed whether Plaintiff has the standing to raise this challenge. Regardless of whether the parties address standing, "[f]ederal courts are required *sua sponte* to examine jurisdictional issues such as standing." *Bernhardt v. County of Los Angeles,* 279 F.3d 862, 868 (9th Cir.2001) (citations omitted). Therefore, the Court has "both the power and the duty to raise the adequacy of [Plaintiff's] standing *sua sponte*.". In the interest of fairness, the Court will provide the parties an opportunity to brief whether Plaintiff has standing to assert the constitutional concern at issue. By no later than January 21, 2022, Plaintiff shall file a brief of no more than five pages to address standing. Defendant shall file a response of no more than five pages by no later than January 28, 2022.

**IT IS SO ORDERED**.

Dated: January 14, 2022

_____
SALLIE KIM
United States Magistrate Judge